

# NUMBER 13-09-00574-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**CHARLES AND ANNE ATKINSON,** **APPELLANTS,**

**v.**

**THE LAW OFFICES OF WILLIAM D. BONILLA, P.C.**
**AND WILLIAM BONILLA,** **APPELLEES.**

---

### On Appeal from the County Court at Law No. 1
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Yañez, Benavides, and Vela**
**Memorandum Opinion Per Curiam**

Appellants, Charles and Anne Atkinson, perfected an appeal from a judgment entered by the County Court at Law No. 1 of Nueces County, Texas, in cause number 09-61013-1. Appellants have filed an amended motion to withdraw their notice of appeal.

The Court, having considered the documents on file and appellants' amended motion to withdraw the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' amended motion to withdraw the appeal is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 12th day of November, 2009.